**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00413-REB-MEH

M.A. MORTENSON COMPANY, a Minnesota corporation,

    Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal Without Prejudice** [#9], filed June 25, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal Without Prejudice** [#9], filed June 25, 2007, is **APPROVED**; and

2. That this action **IS DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 26, 2007, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn
                                          United States District Judge**